UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. 07-20994-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

JORGE M. MUENTES,

       Defendant.
_____/

## ORDER DENYING NEW TRIAL AND DENYING MOTION TO FIND MANDATORY MINIMUM SENTENCE UNCONSTITUTIONAL

**THIS CAUSE** is before the Court upon Defendant Jorge Muentes' Amended Motion for New Trial, or In the Alternative, to Find 10-Year Minimum-Mandatory Sentence Unconstitutional [DE 71]. The original Motion [DE 70] was filed on May 7, 2008, and the Amended Motion was filed on May 12, 2008. The Court has considered the Defendant's Amended Motion and the authority cited therein, as well as the Government's Response [DE 76], and is otherwise fully advised in the premises.

The Eastern District of New York case, United States v. Polizzi, correctly cited at 2008 WL 1886006 (E.D.N.Y. 2008), provides support for informing the jury of the mandatory minimum sentence for a conviction for Count 1. This Court, however, finds that there is no right to an instruction on jury nullification. In fact, as the Sixth Circuit noted in United States v. Johnson, "the only possible purpose that would be served by informing jurors of the mandatory sentence would be to invite jury nullification of the law." 62, F.3d 849, 850-51 (6th Cir. 1995). This Court is in accord with that position. The Defendant's Sixth Amendment right to a trial by jury was not violated as a result of

this Court's failure to instruct the jury on the mandatory sentence requirement for a conviction of Count 1.

Furthermore, in the absence of any Eleventh Circuit precedent supporting Defendant's argument that the ten-year minimum mandatory sentence under Title 18, United States Code, Section 2422(b) is unconstitutional, this Court does not find it to be so.

For the foregoing reasons, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Amended Motion for New Trial, or In the Alternative, to Find 10-Year Minimum-Mandatory Sentence Unconstitutional [DE 71] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 28 day of May, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record